# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMAL D. HENDRIX,

    Plaintiff

v.

UNIVERSITY MEDICAL CENTER, et al.,

    Defendants

Case No.: 2:25-cv-00876-APG-MDC

**Order Dismissing Case**

On June 25, 2025, Magistrate Judge Couvillier ordered plaintiff Jamal Hendrix to refile an application to proceed in forma pauperis (IFP) by July 24, 2025. ECF No. 4.  That order, as well as another court order, were returned in the mail. ECF Nos. 5, 6.  Hendrix did not refile an IFP application, and he has not updated his address.  Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . .  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  It appears that Hendrix has abandoned this case.

I THEREFORE ORDER that plaintiff Jamal Hendrix's complaint (ECF No. 1-1) is dismissed without prejudice, and the clerk of court is instructed to close this case.

DATED this 27th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE